DANYELL ADEAL MONTGOMERY
2000 44TH AVE
GULFPORT, MS 39501

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

HUNTINGTON
5555 CLEVELAND AVE
COLUMBUS, OH 43231

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

RAUSCH STURM LLP
P.O. BOX 312277
ENTERPRISE, AL 36331

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

SMALL BUSINESS ADMINIS
P.O. BOX 740192
ATLANTA, GA 30374-0192